HEATHER E. WILLIAMS, #122664
Federal Defender
Charles J. Lee, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NANCY PHON

FILED
OCT 31 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>vs.<br><br>NANCY PHON,<br><br>    *Defendant.* | Case No. 1:16-mj-0136 GSA<br><br>REQUEST FOR TRAVEL ASSISTANCE PURSUANT TO 18 U.S.C. § 4285; [~~PROPOSED~~] ORDER THEREON<br><br>JUDGE: Barbara A. McAuliffe |

Ms. Phon, through her undersigned counsel, hereby requests that, pursuant to 18 U.S.C. § 4285, this Court direct the United States Marshal to furnish her with the cost of travel from Fresno, California, to Greenville, South Carolina, so that she may attend her initial court hearing as so ordered by Magistrate Judge McAuliffe by no later than December 9, 2016. Additionally, Ms. Phon requests the United States Marshal provide her with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

Ms. Phon has been found indigent and eligible for appointed counsel. She therefore specifically requests the Court direct that those expenses be paid as contemplated by 18 U.S.C. § 4285.

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: October 31, 2016         By:  /s/ Charles J. Lee
                                     CHARLES J. LEE
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     CHARLES J. LEE

**ORDER**

**IT IS SO ORDERED.** Travel & subsistence expenses, as requested above are approved. BAM

DATED: October 31, 2016

BARBARA A. MCAULIFFE
United States Magistrate Court Judge
Eastern District of California

-2-